UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MARTIN MARIETTA MATERIALS, INC.** <br> Plaintiff | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION <br><br> NO.: 3:22-cv-00678 |
| versus | | |
| **COASTAL BRIDGE COMPANY, LLC** <br> Defendant | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION FOR ENTRY OF DEFAULT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Martin Marietta Materials, Inc. ("MMM"), which files this Motion seeking a Default Judgment against Defendant Coastal Bridge Company, LLC.

On September 26, 2022, Plaintiff, MMM filed suit against Defendant, Coastal Bridge Company, LLC. Service of citation and the Complaint was made on Defendant, Coastal Bridge Company, LLC on March 12, 2024 by special process server Russell Charbonnet through the Louisiana Secretary of State in accordance with Louisiana Code of Civil procedure article 1267. (Rec. Doc. 33 and 34). On May 6, 2024, Plaintiff filed a certification from the Louisiana Secretary of State, Nancy Landry, certifying that the citation and Complaint served on the office by Mr. Charbonnet was mailed via certified mail to the Defendant on March 12, 2024, pursuant to La. R.S. 13:3205. (Rec. Doc. 34). In accordance with Fed. R. Civ. P. 12(a)(1)(A)(i), Defendant's answer was due on or before April 2, 2024.

Plaintiff represents that as of the date of this filing, Defendant has failed to Answer Plaintiff's Complaint or make any other appearance, and Defendant has not requested additional time to file responsive pleadings. Defendant has failed to appear or otherwise defend.[1] In addition

---

[1] See affidavit of Christopher L. Williams attached hereto as exhibit "1"

30 days have passed since a certification was filed into the record that the summons and complaint was mailed to the Defendant by the Louisiana Secretary of State.

Defendant is indebted unto Plaintiff in the amount of $518,525.14, together with legal interest from May 10, 2019 at the legal interest rate allowed under Federal law; all costs, expenses, and attorney's fees incurred in connection with this suit; all other relief as equity and justice of the cause may require or permit and all such other; and further relief as the Court deems necessary and proper.

**WHEREFORE**, Plaintiff, Martin Marietta Materials, Inc. respectfully requests that a Default be entered against Defendant, Coastal Bridge Company, LLC.

Respectfully submitted:

*/s/ Christopher L. Williams*
EDWARD S. JOHNSON, T.A. (#7289)
CHRISTOPHER L. WILLIAMS (# 36086)
JOHNSON, YACOUBIAN & PAYSSE
4700 Poydras Street, Suite 4700
New Orleans, Louisiana 70139-7701
Telephone: (504) 528-3001
Facsimile: (504) 528-3001
E-Mail: esj@jyplawfirm.com
         clw@jyplawfirm.com
Attorneys for Martin Marietta Materials, Inc.

**Last known address for Defendant:**
Coastal Bridge Company, LLC
4825 Jamestown Ave.
Baton Rouge, LA 70808