UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MARTIN MARIETTA MATERIALS, INC.**<br>    **Plaintiff** | * <br> * <br> * | **CIVIL ACTION** <br><br> **NO.: 3:22-cv-00678** |
| versus | * <br> * | |
| **COASTAL BRIDGE COMPANY, LLC**<br>    **Defendant** | * <br> * <br> * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

ON THIS DAY, came on for consideration the Motion to Dismiss Without Prejudice.

IT IS HEREBY ORDERED that the Motion is GRANTED and that Plaintiff's Complaint against Coastal Bridge Company, LLC is dismissed without prejudice.

SIGNED on ___February 26, 2025_____.

_____
JUDGE